# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DARYL COOK, : No. 140 EM 2016
:
Petitioner :
:
:
v. :
:
:
COMMONWEALTH OF PENNSYLVANIA, :
:
Respondent :

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of October, 2016, the Application for Leave to File Original Process, the Petition for Writ of Habeas Corpus or Writ of Mandamus, and the Motion for Speedy Release or Relief are **DISMISSED**. *See Commonwealth v. Cooper*, 27 A.3d 994 (Pa. 2009) (explaining that hybrid presentation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.